| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) ANDERSON, III, ROBERT L | 2. Court or Organization 11TH CIR. COURT OF APPEALS | 3. Date of Report 05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. CIRCUIT JUDGE (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 56 FORSYTH STREET, N.W. ATLANTA, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. FELLOW | AMERICAN BAR FOUNDATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/1968 | SMITH BARNEY CORPORATE TRUST, TRUSTEE OF KEOGH PLAN - VESTED ACCOUNT (SEE PART VIII) |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 22 A 11: 42 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | | Date of Report |
|---|---|---|
| ANDERSON, III, ROBERT L | . | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | FREELANCE WRITING (WRITING, BUT NO INCOME IN 2005) |
| 2. | 2005 | STIPEND, MEDICAL CENTER OF CENTRAL GEORGIA (non-profit) (see note in Part VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Vested interest in Keogh Plan (see parts II & VIII) | | | | | | | | | |
| 3. Smith Barney Fund, Value | A | Dividend | L | T | | | | | |
| 4. SB short-term high grade | A | Dividend | K | T | | | | | |
| 5. SB US Govt Securities POR | A | Dividend | K | T | | | | | |
| 6. Oppen, Global Gr & Inc | A | Dividend | L | T | | | | | |
| 7. SB Agg Growth | A | Dividend | K | T | | | | | |
| 8. SB Large Cap Growth | A | Dividend | K | T | | | | | |
| 9. Salomon Bros. Capital | A | Distribution | K | T | | | | | |
| 10. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 11. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 12. Sturges Mfg., Utica, NY (common) | A | Dividend | K | W | | | | | |
| 13. Exxon (common) | A | Dividend | K | T | | | | | |
| 14. Fidelity Magellan Mutual Fund | B | Dividend | L | T | | | | | |
| 15. Fidelity Cash Reserves (money mutual fund) | A | Dividend | J | T | | | | | |
| 16. SunTrust Bank (common) | C | Dividend | L | T | | | | | |
| 17. MFS Managed Multi-St. Tax Exempt (GA) mutual fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. MFS Managed Mu. Bd. Trust (mutual fund) | B | Dividend | K | T | | | | | |
| 19. Branch Banking & Trust Co. (BB&T) money market fund | A | Interest | L | T | Redemption | 3/05 | L | A | See note in Part VIII |
| 20. TIAA-CREF (see VIII) | C | Dividend | L | T | | | | | |
| 21. House and lot, Bibb County, GA | C | Rent | M | W | | | | | |
| 22. SunTrust Bank (common) | A | Dividend | K | T | | | | | |
| 23. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 24. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 25. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 26. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 27. I shares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 28. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 29. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 30. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 31. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 32. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 33. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 34. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. The Phoenix Co. (whole life) | B | Dividend | K | T | | | | | |
| 36. The Phoenix Co. (whole life) | D | Dividend | M | T | | | | | |
| 37. SunTrust Bank CD | B | Interest | K | T | | | | | |
| 38. SunTrust Bank - money market | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| | |
|---|---|
| Part II | Keogh Plan (no control); vested account invested in mutual funds; contributions made during law practice before appointment |
| Part III-B, Line 2 | Medical Center of Middle Georgia had been previously reported; correct name of facility is Medical Center of Central Georgia |
| Part VII, Line 19 | Redeemed this account at BB&T and moved money to similar accounts at SunTrust Bank (lines 37 and 38) |
| Part VII, Line 20 | Teachers Ins. & Annuity Assn - College Retirement Equities Fund -- composed of annuities and common stock fund |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____5/15/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544